IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY REICHERT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV353 |
| | ) | |
| v. | ) | |
| | ) | |
| REGENT ASSET MANAGEMENT | ) | ORDER |
| SOLUTIONS, INC, and LAW | ) | |
| OFFICES OF D. SCOTT | ) | |
| CARRUTHERS | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation to dismiss pursuant to settlement (Filing No. 21).  The Court will approve and adopt the stipulation.  Accordingly,

IT IS ORDERED:

1)  The stipulation is approved and adopted.  This action is dismissed without prejudice, with either party to seek reinstatement within forty-five (45) days from the date of the stipulation.

2) If this case is not reinstated within forty-five days from the date of the stipulation, the dismissal shall automatically convert to a dismissal with prejudice.

DATED this 19th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court